**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 26, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.    23-1472,        360 Virtual Drone Services LLC v. Andrew Ritter
                       5:21-cv-00137-FL

TO:        Michael  Jones
            360 Virtual Drone Services LLC

BRIEF OR JOINT APPENDIX CORRECTION DUE:  July 3, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[X] <u>See Checklist</u>: Please make corrections identified on attached checklist. **If the pagination of your appendix changes, please ensure brief citations are correct.**

| APPENDIX FORMAT INSUFFICIENT BECAUSE (FRAP 32): |
| --- |
| Improper color cover, cover should be white |
| Cover does not contain: |
|     Fourth Circuit Docket Number, centered at top (do not include district or agency docket number) |
|     Heading:  United States Court of Appeals for the Fourth Circuit |
|     Title of Case (parties' names) |
|     Nature of Proceeding and Court Below:  Appeal from the U.S. District Court for the District of . . . |
|     Title of Document:  Joint Appendix |
|     Names, Addresses, Phone Numbers of Counsel <u>on both sides of case</u> |
| Binding not secure down left side of document |
| Appendix does not lie reasonably flat when open |
| ✔ Appendix contains condensed transcript |
| Appendix does not have page numbers |
| Appendix is not in chronological order |
| No joint appendix (this appeal requires a joint appendix) |
| Additional copies required *(Loc. R. 30(b) )* (        ) |
| Each electronic volume of appendix must correspond to each paper volume (size permitting) |
| Appendix volume exceeds 1 1/2 " or 700 pages |

Emily Borneisen, Deputy Clerk
804-916-2704