# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 11, 2024

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

> Re:  360 Virtual Drone Services LLC, et al.
> v. Andrew L. Ritter, in His Official Capacity as Executive Director
> of the North Carolina Board of Examiners for Engineers and
> Surveyors, et al.
> No. 24-279
> (Your No. 23-1472)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 9, 2024 and placed on the docket September 11, 2024 as No. 24-279.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst